UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM R. MCCORMICK, III,
CAROL A. MCCORMICK, and
WILLIAM R. MCCORMICK, II,
Plaintiffs, Defendants in Counterclaim

vs.

MARCELLA E. DRESDALE; RICHARD C. DRESDALE, and

BROWN UNIVERSITY IN PROVIDENCE IN THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS,
Defendants, Plaintiffs in Counterclaim

CA. No. 09-474-S

RECEIVED MAR 0 9 2011 U.S. DISTRICT COURT DISTRICT OF R.I.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter for reasons set forth during the hearing held on March 9, 2011.

*Ronald R. Lagueux*
Ronald R. Lagueux
United States District Court Senior Judge

Dated: March 9, 2011

Presented by counsel for the Plaintiffs,

*J. Scott Kilpatrick*
J. Scott Kilpatrick, Esquire RI # 4036
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place
Suite 1313
Providence, RI 02903
401-331-6300
JSKilpatrick@cck-law.com